IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BANK OF HOPE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:20cv155-MHT |
| | ) | (WO) |
| DAYK ENTERPRISES, INC., | ) | |
| d/b/a Country Inn & Suites | ) | |
| Montgomery East, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit pleading two counts: action on a note against the borrower, and action on guaranties against the guarantors. Plaintiff contemporaneously filed a motion to appoint receiver. This case is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to appoint receiver be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

A separate order adopting the recommendation and appointing the receiver will be entered.

DONE, this the 21st day of January, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**