**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

One Church Street; Suite B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 27, 2021

**NOTICE OF CORRECTION**

From: Clerk's Office

Case Style: Bank of Hope v. Dayk Enterprises, Inc. et al

Case Number: **2:20-cv-00155-MHT**

Docket entry no: 36

This Notice of Correction is filed in this case as to Docket entry 36 to correct typographical error in heading of main PDF document previously attached by E-Filer.

The correct main PDF document to Docket entry 36 is attached to this notice.