IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BANK OF HOPE,                 )
                              )
        Plaintiff,            )
                              )    CIVIL ACTION NO.
        v.                    )     2:20cv155-MHT
                              )        (WO)
DAYK ENTERPRISES, INC.,       )
d/b/a Country Inn & Suites    )
Montgomery East,              )
                              )
        Defendant.            )
```

OPINION

Plaintiff filed this lawsuit seeking to collect sums it contended were due by defendant under a note. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for default judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate default judgment will be entered.

DONE, this the 11th day of January, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE