IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BANK OF HOPE,                   )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:20cv155-MHT
                                )           (WO)
DAYK ENTERPRISES, INC.,         )
d/b/a Country Inn & Suites      )
Montgomery East,                )
                                )
    Defendant.                  )
```

## DEFAULT JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 41) is adopted.

(2) Plaintiff's motion for default judgment (Doc 40) is granted.

(3) Default judgment is entered in favor of plaintiff Bank of Hope and against defendant Dayk

Enterprises, Inc., d/b/a Country Inn & Suites Montgomery East, as follows:

- $ 4,121,888.69 in outstanding principal;
- $ 1,131,871.27 in accrued but unpaid interest through December 7, 2022;
- $ 86,081.62 in late charges;
- $ 420,587.92 in miscellaneous charges;
- $ 52,126.39 in attorney's fees and expenses; and
- $ 29,643.60 in additional interest from December 8, 2022, through January 10, 2022, through accrual at a *per diem* rate of $ 846.96;

for a total judgment as of January 11, 2023, of $ 5,842,199.49.

It is further ORDERED that costs are taxed against defendant, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

2

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of January, 2023.

                                     /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE