IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BANK OF HOPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 2:20-cv-00155-MHT-CWB |
| DAYK ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

# STATUS REPORT

The additional steps that need to be taken to resolve this matter relate only to the need for the Receiver to continue to preserve rights with respect to the real property that secures Defendant's debt to Plaintiff, which is located at 5155 Carmichael Road, Montgomery, Alabama 36106 (the "Property"). The Receiver has assigned the insurance claim to Plaintiff, and Plaintiff has filed a lawsuit against the insurance company in *Bank of Hope v. Starr Surplus Lines Insurance Company,* United States District Court Southern District of New York, Civil Action No. 24-1854. Discovery is ongoing in that case. In the meantime, the Receiver is continuing to communicate with the City of Montgomery about keeping the Property secure. Plaintiff will file another Status Report on Monday, September 2, 2024.

Respectfully submitted, this the 4th of June, 2024.

*/s/ Gregory M. Taube*
Gregory M. Taube
Alabama Bar No. ASB-4499-A41G

Attorney for Plaintiff

NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BANK OF HOPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 2:20-cv-00155-MHT-CWB |
| DAYK ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date electronically filed the foregoing *Plaintiff's Status Report w*ith the Clerk of Court using CM/ECF system, which will automatically send email notification to the any attorneys of record by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

Dayk Enterprises, Inc. dba Country Inn & 
Suites Montgomery East, 
c/o Dae Son Song, Registered Agent 
8720 Ryan Ridge Loop 
Montgomery, AL 36117

Dae Son Song 
8720 Ryan Ridge Loop 
Montgomery, AL 36117

Kang Sun Song 
8720 Ryan Ridge Loop 
Montgomery, AL 36117

This the 4th day of June, 2024.

                */s/ Gregory M. Taube*
                Gregory M. Taube
                Alabama Bar No. ASB-4499-A41G

                Attorney for Plaintiff

NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com